RALPH DIXON and J. R. BRANNEN, *Plaintiffs in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion filed February 11, 1931.

*F. W. Butler,* for Plaintiffs in Error;

*Fred H. Davis,* Atty. Gen., *Roy Campbell,* Assistant, for Defendant in Error.

848

852

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and adjudged by the Court that the judgment of the court below be, and the same are hereby affirmed.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.